≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern _____ District of _____ New York

Rebecca Solomon

V.

The Mount Sinai Hospital, The Mount Sinai Medical Center, Inc., Mount Sinai NYU Health, and The Mount Sinai Medical Center Employer Contribution 403(b) Plan

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 11079

JUDGE HOLWELL

TO: (Name and address of Defendant)

The Mount Sinai Medical Center Employee Contribution 403(b) Plan
c/o The Mount Sinai Hospital
One Gustave L. Levy Place
New York, New York 10029

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Dean M. Solomon, Esq.
Friedman Law Group LLP
270 Lafayette Street, 14th Floor
New York, New York 10012

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    DEC 0 7 2007

CLERK _____                     DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/10/07 |
| NAME OF SERVER (PRINT)  DEAN M SOLOMON | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Mount Sinai Medical Center Security Dept. 19 E. 101st St., 1st Floor, New York, NY 10029 w/ Margie Rodriguez

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/10/07
             Date                Signature of Server

Friedman Law Group LLP
270 Lafayette St. 14th Floor
New York, NY 10012
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.