UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| Rebecca Solomon, | : | 07 Civ. 11079 (RJH) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | **NOTICE OF APPEARANCE** |
| | : | |
| The Mount Sinai Hospital, The Mount Sinai Medical Center, Inc., Mount Sinai NYU Health, and The Mount Sinai Medical Center Employer Contribution 403(b) Plan, | : | **ECF CASE** |
| | : | |
| Defendants. | : | |

------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    Please enter the appearance of Russell L. Hirschhorn of Proskauer Rose LLP as counsel of record in this case for defendants.  I certify that I am admitted to practice in this Court.

Dated:   December 21, 2007
        New York, New York

                        PROSKAUER ROSE LLP

                        By:  /s/Russell L. Hirschhorn
                              Russell L. Hirschhorn
                        1585 Broadway
                        New York, New York 10036-8299
                        P:  212.969.3286
                        F:  212.969.2900
                        *Attorneys for Defendants*