UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x

Rebecca Solomon,  :  07 Civ. 11079 (RJH)

                Plaintiff,

      v.  :  STIPULATION AND ORDER

The Mount Sinai Hospital, The Mount Sinai  :  ECF CASE
Medical Center, Inc., Mount Sinai NYU Health, and
The Mount Sinai Medical Center Employer
Contribution 403(b) Plan,  :

                Defendants.  :
---------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties in this action, that defendants' time to answer or otherwise respond to the Complaint is extended to and including January 31, 2008. Defendants waive objections to service, venue and personal jurisdiction.

Dated: December 21, 2007             Dated: December 21, 2007
New York, NY                              New York, NY

PROSKAUER ROSE LLP                FRIEDMAN LAW GROUP LLP

By: _____            By: _____
Russell L. Hirschhorn                     Dean M. Solomon
1585 Broadway                          270 Lafayette Street, 14th Floor
New York, NY 10036                 New York, NY 10012
212.969.3286                              212.680.5150
*Attorneys for Defendants*               *Attorneys for Plaintiff*

So Ordered:

_____
United States District Court Judge
12/28/07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/28/07