USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Rebecca Solomon,                        :    07 Civ. 11079 (RJH)

              Plaintiff,           :

    v.                                   :

The Mount Sinai Hospital, The Mount Sinai     :    ECF CASE
Medical Center, Inc., Mount Sinai NYU Health, and
The Mount Sinai Medical Center Employer
Contribution 403(b) Plan,              :

              Defendants.          :
                                        :
------------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties to this action, through their counsel of record, for the above-captioned action, that this action be, and it hereby is, dismissed WITH PREJUDICE and without attorney's fees or costs except as provided for in the General Release and Settlement Agreement.

Dated: January 30, 2008
New York, NY


FRIEDMAN LAW GROUP LLP

By: _____
Dean M. Solomon
270 Lafayette Street, 14th Floor
New York, NY 10012
212.680.5150
*Attorneys for Plaintiff*

Dated: January 31, 2008
  New York, NY

PROSKAUER ROSE LLP

By: *[signature]*
  Russell L. Hirschhorn
1585 Broadway
New York, NY 10036
212.969.3286
*Attorneys for Defendants*


So Ordered:

*[signature]*
United States District Court Judge

2/13/08  The Clerk is requested to close this case

2